UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN PRIEST,
    Plaintiff

CIVIL ACTION
SECTION "P"
NO. 3:10-CV-00085

VERSUS

JAMES M. LEBLANC, et al.,
    Defendants

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Priest's complaint is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 18th day of May, 2011.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE